IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Andrew

Printed: 10/9/07

Case Number: 07 B 01713
Judge: Squires, John H
Filed: 6/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 29, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Illinois Dept of Revenue | Priority | 323.49 | 0.00 |
| 2. | PDL Financial Services | Unsecured | 40.00 | 0.00 |
| 3. | M F G Financial Inc | Unsecured | 1,117.66 | 0.00 |
| 4. | USA Payday Loans | Unsecured | 50.50 | 0.00 |
| 5. | Cash Mart | Unsecured | 98.90 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 158.00 | 0.00 |
| 7. | Litton Loan Servicing | Secured |  | No Claim Filed |
| 8. | Select Portfolio Servicing | Secured |  | No Claim Filed |
| 9. | United Auto Credit | Secured |  | No Claim Filed |
| 10. | GMAC Mortgage Corporation | Secured |  | No Claim Filed |
| 11. | Americash Loans | Unsecured |  | No Claim Filed |
| 12. | Murphy Lomon & Assocaites | Unsecured |  | No Claim Filed |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
| 14. | PDL Financial Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 1,788.55 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brown, Andrew | Case Number:  07 B 01713 |
| | Judge:  Squires, John H |
| Printed:  10/9/07 | Filed:  6/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_